UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEE WASHINGTON | * | CIVIL ACTION |
| VERSUS | * | NO. 11-cv-03175 |
| ASHLAND MARINE, LLC KILGORE MARINE, LLC, and | * | JUDGE KURT D. ENGELHARDT |
| STONE ENERGY CORPORATION | * | MAG. JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE CROSS CLAIM

NOW INTO COURT, through undersigned counsel, come defendant, KILGORE MARINE, LLC, who hereby move this court for an order granting defendant leave of court to file a Cross Claim against co-defendant, ASHLAND SERVICES, LLC, for reasons more fully set forth in the attached memorandum.

KILGORE MARINE, LLC is filing said motion within the deadline for joinder of parties and amendment of pleadings established by the Court.

Respectfully submitted,

MAHTOOK & LAFLEUR
(A Limited Liability Company)

_____
WARD F. LAFLEUR - I.D. NO. 01770
600 Jefferson Street, Suite 1000 (70501)
Post Office Box 3605
Lafayette, Louisiana 70502
Telephone:    (337) 266-2189
Facsimile:    (337) 266-2703

**COUNSEL FOR DEFENDANT,
KILGORE MARINE, LLC**

## CERTIFICATE

I HEREBY CERTIFY that the above and foregoing has this date been served on all counsel of record in this proceeding by:

(  ) Hand Delivery             (  ) Prepaid U.S. Mail

(  ) Facsimile                 (  ) Federal Express

( X ) CM/ECF Court Filing systems

Lafayette, Louisiana, this __5__ day of April, 2012.

_____
WARD F. LAFLEUR