UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEE WASHINGTON | * | CIVIL ACTION |
| VERSUS | * | NO. 11-cv-03175 |
| ASHLAND MARINE, LLC | * | JUDGE KURT D. ENGELHARDT |
| KILGORE MARINE, LLC, and | | |
| STONE ENERGY CORPORATION | * | MAG. JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE CROSS CLAIM**

MAY IT PLEASE THE COURT:

Defendant, KILGORE MARINE, LLC, seeks leave to file a Cross Claim adverse to ASHLAND SERVICES, LLC for contractual defense and indemnity. The deadline for filing incidental demands has not yet expired.

The underlying claim involves a personal injury lawsuit asserted by Lee Washington, an employee of Ashland Services, LLC, adverse to Kilgore Marine, LLC arising out of a February 22, 2011 accident. Plaintiff claims to have been injured while working on the M/V K. MARINE VII. At the time of this incident, Plaintiff was an employee of Ashland Services, LLC, providing rigging services for Ashland Services. Ashland Services was working through Kilgore for Stone Energy pursuant to a December 8, 2009 Access Agreement. The Access Agreement obligated Ashland

Service to defend and indemnify all members of the "Protected Parties", which included Kilgore Marine, LLC and "its customers," when there is an injury to an Ashland employee. As plaintiff was an employee of a Ashland Services, Kilgore Marine seeks to enforce that contract by way of this Cross Claim.

Defendant, KILGORE MARINE, LLC, respectfully submits that under the liberal rules of joinder and the Federal Rules of Civil Procedure, and in the interest of justice and judicial economy, the Cross Claim should be permitted.

        Respectfully submitted,

        MAHTOOK & LAFLEUR
        (A Limited Liability Company)

        _____
        WARD F. LAFLEUR - I.D. NO. 01770
        600 Jefferson Street, Suite 1000 (70501)
        Post Office Box 3605
        Lafayette, Louisiana 70502
        Telephone:  (337) 266-2189
        Facsimile:  (337) 266-2703

        **COUNSEL FOR DEFENDANT,**
        **KILGORE MARINE, LLC**

## CERTIFICATE

I HEREBY CERTIFY that the above and foregoing has this date been served on all counsel of record in this proceeding by:

(   ) Hand Delivery          (   ) Prepaid U.S. Mail

(   ) Facsimile              (   ) Federal Express

( X ) CM/ECF Court Filing systems

Lafayette, Louisiana, this __5__ day of April, 2012.

_____
WARD F. LAFLEUR