UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEE WASHINGTON | * | CIVIL ACTION |
| VERSUS | * | NO. 11-cv-03175 |
| ASHLAND MARINE, LLC KILGORE MARINE, LLC, and | * | JUDGE KURT D. ENGELHARDT |
| STONE ENERGY CORPORATION | * | MAG. JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING:

**IT IS ORDERED** that defendant, KILGORE MARINE, LLC, be and is hereby granted leave to file its Cross Claim against Ashland Services, LLC.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
**Judge, United States District Court**
**Eastern District of Louisiana**