UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEE WASHINGTON | * | CIVIL ACTION |
| VERSUS | * | NO. 11-cv-03175 |
| ASHLAND MARINE, LLC KILGORE MARINE, LLC, and | * | JUDGE KURT D. ENGELHARDT |
| STONE ENERGY CORPORATION | * | MAG. JUDGE DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 7.6E**

In accordance with local rule 7.6W of the Rules of the United States District Court for the Western District of Louisiana, undersigned counsel of record for defendant, KILGORE MARINE, LLC, avers that he has contacted all counsel regarding the filing of this Cross Claim and has received consent from the following parties:

    Ms, Kristi Post, attorney for plaintiff Lee Washington
    Mr. Charles Talley, attorney for Stone Energy

    Mr. Timothy Guillory, counsel for Ashland Services, does object to the filing of this Motion.

Respectfully submitted,

MAHTOOK & LAFLEUR
(A Limited Liability Company)

_____
WARD F. LAFLEUR - I.D. NO. 01770
600 Jefferson Street, Suite 1000
Post Office Box 3605
Lafayette, Louisiana 70502
Telephone:   (337) 266-2189
Facsimile:   (337) 266-2307

**COUNSEL FOR DEFENDANT
KILGORE MARINE, LLC**

## CERTIFICATE

I HEREBY CERTIFY that the above and foregoing has this date been served on all counsel of record in this proceeding by:

(   ) Hand Delivery          (   ) Prepaid U.S. Mail

(   ) Facsimile              (   ) Federal Express

( X ) CM/ECF Court Filing systems

Lafayette, Louisiana, this __5__ day of April, 2012.

_____
WARD F. LAFLEUR