UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEE WASHINGTON | * | CIVIL ACTION |
| VERSUS | * | NO. 11-cv-03175 |
| ASHLAND MARINE, LLC | * | JUDGE KURT D. ENGELHARDT |
| KILGORE MARINE, LLC, and | | |
| STONE ENERGY CORPORATION | * | MAG. JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant, Kilgore Marine, LLC, has submitted the attached Motion for Leave to File Cross Claim to be decided by Kurt Engelhardt of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on the Court's regular motion docket of May 16, 2012 at 9:30 a.m..

In accordance with the Uniform Local Rule 78.1E, unless otherwise notified by the Court, this motion will be decided on the basis of the record, including timely filed briefs and any supporting or opposing documents filed therewith.

Defendant stands ready for oral argument, if this Honorable Court so desires.

THUS DONE AND SIGNED this _____ day of _____, 2012.

_____
**Judge, United States District Court**
**Eastern District of Louisiana**