UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEE WASHINGTON | * | CIVIL ACTION |
| VERSUS | * | NO. 11-cv-03175 |
| ASHLAND MARINE, LLC | * | JUDGE KURT D. ENGELHARDT |
| KILGORE MARINE, LLC, and | | |
| STONE ENERGY CORPORATION | * | MAG. JUDGE DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CROSS CLAIM

NOW INTO COURT, through undersigned counsel, comes KILGORE MARINE, LLC, who hereby represents and avers as follows:

1.

This is a cross claim within the meaning of Rule 13 of the Federal Rules of Civil Procedure. Made defendant in Cross Claim is Ashland Services, LLC, a corporation authorized to do and doing business in the State of Louisiana.

2.

Plaintiff, Lee Washington, filed a personal injury lawsuit against Stone Energy, Kilgore Marine, and Ashland Services seeking damages arising out of a February 22, 2011 accident. Plaintiff claims to have been injured while performing rigging operations onboard Kilgore Marine's M/V K.

MARINE VII.

3.

Kilgore Marine has answered Plaintiff's Complaint, denying any and all liability for the claims asserted therein.

4.

At the time of this incident, Plaintiff was an employee of Ashland Services, LLC, who provided certified riggers to conduct cargo operations for Stone Energy.

5.

At the time of the incident, Ashland Services was working through Kilgore Marine for Stone Energy pursuant to a December 8, 2009 Access Agreement. Also, Kilgore Marine was working for Stone Energy pursuant to a November 18, 2010 Master Time Charter Agreement. Pursuant to Article 7 of the Master Time Charter Agreement, Stone Energy was responsible for providing manpower and equipment for "...the loading and discharging of all cargos..." The provision also states that Stone, at its option, could direct Kilgore to procure these services for a handling fee. Pursuant to the above provision, Stone requested that Kilgore contact a third party contractor to provide a rigging crew. Accordingly, Kilgore Marine entered into the aforementioned Access Agreement with Ashland Services, LLC.

6.

Pursuant to the Access Agreement between Kilgore Marine and Ashland Services, Ashland Service agreed to defend and indemnify all members of the "Protected Parties", which included Kilgore Marine, LLC and "its customers," when there was an injury to an Ashland employee. Stone Energy was a "customer".

7.

Furthermore, pursuant to the third paragraph of the aforesaid Access Agreement, Ashland Services was required to procure certain types of insurance coverage, insuring the contractual liabilities assumed under the Access Agreement. Kilgore Marine and Stone Energy, as members of the "Protected Parties", were to be named as additional insureds on the coverages procured by Ashland Services.

8.

Pursuant to the Access Agreement, Kilgore Marine, LLC avers that it is entitled to contractual defense and indemnity from Ashland Services, LLC for the claims asserted by plaintiff, Lee Washington, in this litigation.

9.

If Ashland Services did not procure insurance coverage which named Kilgore Marine, LLC and Stone Energy as an additional assured for the claims asserted by Lee Washington, Kilgore Marine specifically avers that Ashland Services breached its contractual obligations, entitling Kilgore Marine to defense costs, litigation expenses and full indemnity.

WHEREFORE, KILGORE MARINE, LLC, prays that after due proceedings are had, that there be judgment in favor on its cross claim against Ashland Services, LLC, as asserted herein.

Respectfully submitted,

MAHTOOK & LAFLEUR
(A Limited Liability Company)

_____
WARD F. LAFLEUR - I.D. NO. 01770
600 Jefferson Street, Suite 1000 (70501)
Post Office Box 3605
Lafayette, Louisiana 70502
Telephone:    (337) 266-2189
Facsimile:     (337) 266-2703

**COUNSEL FOR DEFENDANT,
KILGORE MARINE, LLC**

## CERTIFICATE

I HEREBY CERTIFY that the above and foregoing has this date been served on all counsel of record in this proceeding by:

(   ) Hand Delivery          (   ) Prepaid U.S. Mail

(   ) Facsimile              (   ) Federal Express

( X ) CM/ECF Court Filing systems

Lafayette, Louisiana, this __5__ day of April, 2012.

_____
WARD F. LAFLEUR