UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LEE WASHINGTON                                          CIVIL ACTION

VERSUS                                                  NO.  11-3175

ASHLAND MARINE, L.L.C., ET AL                           SECTION "N"  (3)

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum in opposition to the following motion, noticed for submission on October 31, 2012, was filed:

**"Motion for Partial Summary Judgment on Maintenance Rate" (Rec. Doc. 25**), filed by plaintiff, Lee Washington;

Further, the Court finds that the motion has merit.  Accordingly,

**IT IS ORDERED** that the above motion is hereby **GRANTED**.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule

54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing on the motion for reconsideration.

New Orleans, Louisiana, this 31st day of October 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**